UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Matthew James Olson,   Civil No. 16-3627 (DWF/LIB)

    Plaintiff,

v.   **ORDER ADOPTING REPORT AND RECOMMENDATION**

Nancy A. Berryhill, Acting
Commissioner of Social Security,

    Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated January 23, 2018. (Doc. No. 23.) On February 2, 2018, Defendant Commissioner filed a non-objection response to the Report and Recommendation. (Doc. No. 24.) The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Leo I. Brisbois's Report and Recommendation (Doc. No. [23]) is **ADOPTED**.

2. Plaintiff's Motion for Summary Judgment (Doc. No. [19]) is **DENIED**.

3.   Defendant's Motion for Summary Judgment (Doc. No. [21]) is

**GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 21, 2018          s/Donovan W. Frank
                                   DONOVAN W. FRANK
                                   United States District Judge